UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL E. PERRY

        Plaintiff(s),

  v.

MICHAEL J. ASTRUE

        Defendant(s).

No. C 09-04908 MEJ

**SECOND ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM**

Pending before the Court is Plaintiff's in forma pauperis application. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case. However, all parties maintain the right to have their cases assigned to a United States District Judge for disposition.

On October 19, 2009, the Court ordered Plaintiff to consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge by November 3, 2009. (Dkt. #4.) Plaintiff has failed to comply with this deadline. Accordingly, for the second time, the Court hereby ORDERS Plaintiff to inform the Court whether he consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left margin, then choose "Civil." The consent/declination form shall be filed by November 18, 2009. Failure to comply with this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: November 10, 2009

                                                                _____
                                                                Maria-Elena James
                                                                Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California