UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL E. PERRY,

                Plaintiff(s),                    No. C 09-04908 MEJ

   v.

MICHAEL J. ASTRUE,                   **ORDER TO SHOW CAUSE**

                Defendant(s).

_____/

On October 15, 2009, Plaintiff Michael E. Perry filed an application to proceed in forma pauperis. (Dkt. #2.) On October 19, 2009, the Court ordered Plaintiff to either consent or decline magistrate jurisdiction by November 3, 2009. (Dkt. #4.) Because Plaintiff failed to comply with this deadline, the Court again ordered Plaintiff to consent or decline, with a new deadline of November 18, 2009. (Dkt. #5.) Plaintiff failed to respond. Based on Plaintiff's inaction, the Court ORDERS Plaintiff to show cause why sanctions should not be imposed, including dismissal of this action, for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by December 3, 2009, and the Court shall conduct a hearing on December 10, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 19, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge