Dolly M. Trompeter(CSBN 235784)
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:      415 271-8604
Fax:            415 431-0279

Attorney for Plaintiff <u>Michael Eugene Perry</u>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **<u>Michael E. Perry</u>** | ) | Civil No. 09-09-4908 MEJ |
| | ) | |
| | ) | **<u>STIPULATION AND ~~PROPOSED~~ ORDER</u>** |
| | ) | **<u>EXTENDING PLAINTIFF'S TIME TO FILE</u>** |
| | ) | **<u>PLAINTIFF'S MOTION FOR SUMMARY</u>** |
| | ) | **<u>JUDGMENT</u>** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **<u>MICHAEL J. ASTRUE,</u>** | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 60 days in which to file her motion for summary judgment. Plaintiff's motion, which was formerly due on April 19, 2010 will now be due on June 18, 2010. This extension is necessary to provide further opportunity for review and analysis of this case.

This is Plaintiff's first request for an extension.

1

Dated:  _4/18/10          */s/_Dolly M. Trompeter*

                          DOLLY M. TROMPETER, ESQ.
                          Attorney for Plaintiff


                          JOSEPH P. RUSSONIELLO

                          United States Attorney


Dated:  __4/18/10      By:  */s/ Theophous Reagans___*

                          *(as authorized via email on April 14, 2010)*

                          THEOPHOUS REAGANS, ESQ.

                          Special Assistant U.S. Attorney



PERSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have

an additional 60 days in which to file her motion for summary

judgment, up to and including June 18, 2010.



        April 19, 2010
Dated:  _____      _____

                          THE HONORABLE MARINA-ELENA JAMES,

                          Chief Magistrate Judge,

                          United States District Court