```
Dolly M. Trompeter(CSBN 235784)
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:     415 271-8604
Fax:           415 431-0279
```

Attorney for Plaintiff <u>Michael Eugene Perry</u>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| <u>Michael E. Perry</u> | ) | Civil No. 09-09-4908 MEJ |
|---|---|---|
| | ) | |
| | ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) | **EXTENDING PLAINTIFF'S TIME TO FILE** |
| | ) | **PLAINTIFF'S MOTION FOR SUMMARY** |
| | ) | **JUDGMENT** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL J. ASTRUE**, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file her motion for summary judgment. Plaintiff's motion, which was formerly due on June 18, 2010 is now due on July 19, 2010. This extension is necessary to provide further opportunity for review and analysis of this case.

1

The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

This is Plaintiff's second request for an extension.

Dated:  _6/16/10              /s/_Dolly M. Trompeter

                                      DOLLY M. TROMPETER, ESQ.
                                      Attorney for Plaintiff

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

Dated:  __6/16/10        By:  /s/ Theophous Reagans___
                                      *(as authorized via email on June 16, 2010)*
                                      THEOPHOUS REAGANS, ESQ.
                                      Special Assistant U.S. Attorney

PERSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file her motion for summary judgment, up to and including July 19, 2010.

Dated:  June 17, 2010                    _____

                                      THE HONORABLE MARINA-ELENA JAMES,
                                      Chief Magistrate Judge,
                                      United States District Court