1  Dolly M. Trompeter(CSBN 235784)
2  Attorney At Law
   2261 Market Street, No. 185
3  San Francisco, CA 94114
   Telephone:    415 271-8604
4  Fax:          415 431-0279
5
   Attorney for Plaintiff Michael Eugene Perry
6
7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
10 **Michael E. Perry**            )   Civil No. 09-09-4908 MEJ
                                   )
11                                 )   **STIPULATION AND ~~PROPOSED~~ ORDER**
                                   )   **EXTENDING PLAINTIFF'S TIME TO FILE**
12                                 )   **PLAINTIFF'S MOTION FOR SUMMARY**
                                   )   **JUDGMENT**
13                                 )
             Plaintiff,            )
14                                 )
15      v.                         )
                                   )
16 **MICHAEL J. ASTRUE**,          )
   Commissioner of                 )
17 Social Security,                )
                                   )
18           Defendant.            )
19 _____)

20
21     IT IS HEREBY STIPULATED by and between the undersigned
22 attorneys, subject to the approval of the Court, that Plaintiff may
23 have an extension of 30 days in which to file her motion for summary
24 judgment.  Plaintiff's motion, which was formerly due on July 19,
25
26 2010 is now due on August 17, 2010.  This extension is necessary to
27 provide further opportunity for review and analysis of this case.
28

                                  1

The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

This is Plaintiff's third request for an extension.

Dated:  _7/15/10                 /s/_*Dolly M. Trompeter*

                                 DOLLY M. TROMPETER, ESQ.
                                 Attorney for Plaintiff


                                 JOSEPH P. RUSSONIELLO
                                 United States Attorney


Dated:  __7/15/10         By:   /s/ *Theophous Reagans*___
                                 *(as authorized via email on July 15, 2010)*
                                 THEOPHOUS REAGANS, ESQ.
                                 Special Assistant U.S. Attorney


PERSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file her motion for summary judgment, up to and including August 17, 2010.

Dated:  July 21, 2010            _____
                                 THE HONORABLE MARINA-ELENA JAMES,
                                 Chief Magistrate Judge,
                                 United States District Court

2