1  MELINDA L. HAAG
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN CA 189450
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8943
        Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 MICHAEL E. PERRY,                  )
                                      )   CIVIL NO. C-09-04908 MEJ
13      Plaintiff,                    )
                                      )   STIPULATION FOR EXTENSION
14      v.                            )
                                      )
15                                    )
   MICHAEL J. ASTRUE,                 )
16 Commissioner of                    )
   Social Security,                   )
17                                    )
        Defendant.                    )
18 _____)

19
        The parties, through their respective counsel, stipulate that defendant's time to respond to
20
   plaintiff's opening brief be extended from September 17, 2010 to September 29, 2010.
21
        The defendant inadvertently failed to file the response to plaintiff's opening brief but files the
22
   brief simultaneously with this stipulation. Defendant apologizes for any inconvenience caused to the
23
   Court by this delay.
24

25

26

27

28

|   |   |
|---|---|
|   | Respectfully submitted, |

Dated: *September 29, 2010*     /s/ *Dolly Trompeter*
                                  (As authorized via telephone on September 29, 2010)
                                DOLLY TROMPETER
                                Attorney for Plaintiff

                                MELINDA L. HAAG
                                United States Attorney

Dated: *September 29, 2010*   By: /s/ *Theophous H. Reagans*
                                Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 30, 2010
       _____    _____
                             MARINA-ELENA JAMES
                             Chief Magistrate Judge