UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL E. PERRY

               Plaintiff(s),

  v.

MICHAEL J. ASTRUE

               Defendant(s).
_____/

No. C 09-04908 MEJ

**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

     On September 29, 2010, Defendat electronically filed a cross-motion for summary judgment. (Dkt. #25.) However, Defendant has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents. **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM.**

     **IT IS SO ORDERED.**

Dated: October 14, 2010

                                                      _____
                                                      Maria-Elena James
                                                      Chief United States Magistrate Judge