UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHAEL E. PERRY<br><br>　　　　Plaintiff(s),<br>　v.<br>MICHAEL J. ASTRUE<br><br>　　　　Defendant(s).<br>_____/ | No. C 09-04908 MEJ<br><br>**SECOND ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On September 29, 2010, Defendant electronically filed a cross-motion for summary judgment. (Dkt. #25.) However, Defendant has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents. **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM.**

The Court has previously advised Defendant of the failure to comply with General Order 45 and the Court's Standing Order in connection with earlier-filed documents. (*See* Dkt. #28.) Such reminders appear to have had little to no effect on compelling compliance therewith. Parties are expected to comply with court rules without repeated reminders. Accordingly, Defendant is hereby

advised that the Court will impose sanctions, including (but not limited to) striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 22, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California